# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

MICHAEL A. KARP,

                    Respondent

           v.

BRUNO J. PASCERI,

                    Petitioner

: No. 193 EAL 2019
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:

BRUNO J. PASCERI,

                    Petitioner

           v.

MICHAEL A. KARP,

                    Respondent

: No. 194 EAL 2019
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

      **AND NOW**, this 8th day of October, 2019, the Petition for Allowance of Appeal is **DENIED**.